ROBERT W. SIMMS, *Appellant,* v. WILSON D. PATTERSON, *Appellee.*

> Upon the authority of Simms v. Burnett decided this day, equity will not enjoin a salesman and shipping clerk from engaging in competing business.

This case was decided by Division A.

Appeal from the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the court.

*Jno. E. Hartridge,* for appellant;

*Bryan & Bryan,* for appellee.

COCKRELL, J.—This is a bill to enjoin Wilson D. Patterson, formerly employed by Simms as salesman and shipping clerk, for breach of contract "ever to engage in the liquor business in Florida or in any other state selling goods in Florida." The bill does not allege any personal contact or peculiar influence of Patterson over the customers of Simms and the case cannot be distinguished on principle from that of Simms v. Burnette, decided this day. For the reasons therein given, the order sustaining the demurrer to the bill is affirmed.

SHACKLEFORD, C. J., and WHITFIELD, J., concur;

TAYLOR, HOCKER, and PARKHILL, JJ., concur in the opinion.